CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Russell Handy, Esq., SBN 195058
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiffs

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendants
Massie & Co.; Rick Massie; Monetary Management of California, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>   Plaintiff,<br><br>  vs.<br><br>Massie & Co., a California General Partnership; Rick Massie; Monetary Management of California, Inc., a California Corporation; and Does 1-10,<br><br>   Defendants. | Case No. 2:17-cv-00148-TLN-AC<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DEFENDANTS' RESPONSIVE PLEADING DEADLINE** |

JOINT STIPULATION AND ORDER TO
CONTINUE DEFENDANTS' RESPONSIVE
PLEADING DEADLINE
2:17-CV-00148-TLN-AC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1  WHEREAS, Plaintiff Scott Johnson ("Plaintiff") filed his Complaint on January 24, 2017;

2  WHEREAS, Plaintiff served his Complaint on Defendant Monetary Management of California, Inc. ("MMC") on January 30, 2017;

3  WHEREAS, Plaintiff served Defendants Massie & Co. and Rick Massie by substituted service on February 3, 2017 (Defendants Massie & Co., Rick Massie, and MMC hereinafter collectively referred to as "Defendants");

4  WHEREAS, through the parties' prior stipulation [ECF No. 7], Defendants responsive pleading deadline was continued to March 21, 2017;

5  WHEREAS, the parties are in the process of finalizing material terms of a settlement to resolve this matter;

6  WHEREAS, the parties' respective counsel have met and conferred and agree that, in the interest of conserving the parties' and the court's resources, Defendants' responsive pleading deadline should be further continued by three weeks – to April 11, 2017 – to allow the parties to finalize discussions regarding the material terms of the resolution.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

Defendants' deadline to file a responsive pleading to Plaintiff's Complaint shall be extended by three weeks to April 11, 2017.

Dated: March 21, 2017                CENTER FOR DISABILITY ACCESS

By    */s/ Phyl Grace*
PHYL GRACE
Attorney for Plaintiff
SCOTT JOHNSON

Dated: March 21, 2017                MORGAN, LEWIS & BOCKIUS LLP

By    */s/ Kathy H. Gao*
KATHY H. GAO
Attorney for Defendants
Massie & Co.; Rick Massie; Monetary Management of California, Inc.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

JOINT STIPULATION AND ORDER TO CONTINUE DEFENDANTS' RESPONSIVE PLEADING DEADLINE
2:17-CV-00148-TLN-AC

**ORDER**

After considering the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:

Defendants' deadline to file a responsive pleading to Plaintiff's Complaint shall be extended by three weeks to April 11, 2017.

**IT IS SO ORDERED.**

Dated: March 22, 2017

Troy L. Nunley
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

JOINT STIPULATION AND ORDER TO
CONTINUE DEFENDANTS' RESPONSIVE
PLEADING DEADLINE
2:17-CV-00148-TLN-AC